1  Andrew B. Levin CA Bar No. 307199
   andy.levin@ogletree.com
2  Ricardo R. Bours CA Bar No. 325020
   ricardo.bours@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Esplanade Center III, Suite 800
   2415 East Camelback Road
5  Phoenix, AZ  85016
   Telephone:   602-778-3700
6  Facsimile:   602-778-3750

7  Attorneys for Defendant
   Taylor Farms Retail, Inc.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Silvia Lopez Armenta, Maria Castro Garcia, and Enedina De La Torre on behalf of themselves and all similarly aggrieved employees, | Case No. 5:24-cv-01135-SVK |
| --- | --- |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER APPROVING JOINT STIPULATION TO REMAND THE MATTER TO STATE COURT |
| v. | |
| Taylor Farms Retail, Inc.; and Does 1 through 50, inclusive, | Complaint Filed:   June 14, 2023<br>Trial Date:   None Set<br>District Judge:   Hon. TBD<br>Magistrate Judge:   Hon. Susan van Keulen |
| Defendants. | |

| | |
|---|---|
| 1 | B. James Fitzpatrick (SBN: 129056) |
| 2 | Laura L. Franklin (SBN: 282642) |
|   | FITZPATRICK & SWANSTON |
| 3 | 555 S. Main Street |
|   | Salinas, CA 93901 |
| 4 | Telephone:  (831) 755-1311 |
|   | Facsimile:   (831) 755-1319 |
| 5 | |
| 6 | Larry W. Lee (SBN: 228175) |
|   | Nick Rosenthal (SBN: 268297) |
| 7 | Kristin Agnew (SBN: 247656) |
|   | DIVERSITY LAW GROUP, P.C. |
| 8 | 515 South Figueroa Street, Suite 1250 |
|   | Los Angeles, California 90071 |
| 9 | Telephone:  (213) 488-6555 |
|   | Facsimile:   (213) 488-6554 |
| 10 | |
| 11 | Attorneys for Plaintiffs |
|    | Silvia Lopez Armenta, Maria Castro Garcia, |
| 12 | and Enedina De La Torre and the Class |

After considering the stipulation submitted,

IT IS ORDERED that:

1. This Action be remanded back to the Superior Court of California County of Monterey; and

2. All future dates and deadlines in this matter are hereby vacated.

DATED: March 26, 2024

_____
THE HONORABLE SUSAN VAN KEULEN
Magistrate Judge